No. 108, Orig. NEBRASKA v. WYOMING ET AL. Sixth motion of the Special Master for compensation and reimbursement of expenses granted, and the Special Master is awarded a total of $233,144.11. Assessment of this award is deferred pending receipt of further responses by Colorado and the *amici curiae* to the special assessment proposed by the Special Master, to be filed on or before Monday, May 4, 1992, and further order of the Court. [For earlier order herein, see, *e. g., ante,* p. 917.]

No. 91–744. PLANNED PARENTHOOD OF SOUTHEASTERN PENNSYLVANIA ET AL. v. CASEY, GOVERNOR OF PENNYSLVANIA, ET AL.; and

No. 91–902. CASEY, GOVERNOR OF PENNSYLVANIA, ET AL. v. PLANNED PARENTHOOD OF SOUTHEASTERN PENNSYLVANIA ET AL. C. A. 3d Cir. [Certiorari granted, 502 U. S. 1056.] Motions of James J. Crook and America 21, Family Values for the Twenty-First Century for leave to file briefs as *amici curiae* denied. Motion of Arlen Specter to join *amici curiae* brief of Don Edwards et al. granted.

No. 91–913. PATTERSON, TRUSTEE v. SHUMATE. C. A. 4th Cir. [Certiorari granted, 502 U. S. 1057.] Motions for leave to file briefs as *amici curiae* filed by the following are granted: Hallmark Cards, Inc., Wal-Mart Stores et al., Eldon S. Reed, Ronald J. Wyles et al., ERISA Industry Committee et al., Lincoln National Corp., American Society of Pension Actuaries, Chamber of Commerce of the United States of America, and American College of Trust and Estate Counsel.

No. 91–1208. DRILAKE FARMS, INC., ET AL. v. SURRILLO ET AL. Sup. Ct. App. W. Va.; and

No. 91–1353. CONROY v. ANISKOFF ET AL. Sup. Jud. Ct. Me. The Solicitor General is invited to file briefs in these cases expressing the views of the United States.

No. 91–1502. FRANKLIN, SECRETARY OF COMMERCE, ET AL. v. MASSACHUSETTS ET AL. D. C. Mass. [Probable jurisdiction noted, *ante,* p. 929.] Motion of Attorney General of Washington for leave to participate in oral argument as *amicus curiae,* for divided argument, and for additional time for oral argument denied.